1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NATHAN TYLER BROGAN,

11          Plaintiff,                      No. 2:11-cv-0186 KJN P

12          vs.

13   PLACER COUNTY JUDICIAL
     SYSTEM, et al.,

14
            Defendants.                     ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding without counsel, has filed a civil complaint

17   which appears to challenge his conviction; such challenge is properly presented as a petition for

18   writ of habeas corpus.  In addition, plaintiff has not paid a filing fee or requested leave to proceed

19   in forma pauperis.

20          The court is required to screen complaints brought by prisoners seeking relief

21   against a governmental entity or officer or employee of a governmental entity.  28 U.S.C.

22   § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised

23   claims that are legally "frivolous or malicious," that fails to state a claim upon which relief may

24   be granted, or that seeks monetary relief from a defendant who is immune from such relief.

25   28 U.S.C. § 1915A(b)(1),(2).

26          Plaintiff asserts that he "wants an acquittal," and his statement of facts relates

1

1    entirely to his underlying trial, legal representation and conviction.  (Dkt. No. 1 (Cmplt.) at 3.)  A

2    challenge to a conviction must be brought pursuant to a petition for writ of habeas corpus after

3    exhaustion of all available state court remedies.  28 U.S.C. § 2254.  In contrast, federal claims

4    challenging conditions of confinement must be brought in a civil complaint after exhaustion of

5    all administrative remedies.  42 U.S.C. § 1983.

6            Because it is unclear whether plaintiff should maintain this action pursuant to a

7    civil rights complaint or a petition for writ of habeas corpus, and because the filing costs

8    associated with each pleading are different ($5 to file a petition for writ of habeas corpus, $350 to

9    file a civil complaint), the court will accord plaintiff the opportunity to file an amended pleading,

10   and to pay the appropriate fee or file a completed application to proceed in forma pauperis.

11           Accordingly, IT IS HEREBY ORDERED that:

12           1.  The Clerk of the Court is directed to send plaintiff the forms for filing a civil

13   rights complaint and a habeas corpus petition (plaintiff must make a choice and file only one

14   completed pleading), and the form entitled "Application to Proceed In Forma Pauperis By a

15   Prisoner;"

16           2.  On or before March 4, 2011, plaintiff shall file either a habeas corpus petition

17   pursuant to 28 U.S.C. § 2254, or an amended civil rights complaint pursuant to 42 U.S.C. §

18   1983; in addition, together with filing of his new pleading, plaintiff shall pay the appropriate

19   filing fee or submit a completed application to proceed in forma pauperis; and

20           3.  Failure to comply with this order may result in the dismissal of this action.

21           SO ORDERED.

22   DATED:  January 26, 2011

23                                          _____
                                            KENDALL J. NEWMAN
24                                          UNITED STATES MAGISTRATE JUDGE

25   brog0186.scrn

26

2